COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 September 3, 2015
 No. 10-15-00020-CR
 CLARENCE JOHNSON
 v.
 THE STATE OF TEXAS
 
 
 From the 52[nd] District Court
 Coryell County, Texas
 Trial Court No. FO-13-21575
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. It is the judgment of this Court that the trial court's judgment signed on January 12, 2015 is affirmed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk